COURT
OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

 

                                        NO.
2-09-224-CV

 

CABINET
CRAFTWORKS, INC.                                               APPELLANT

 

                                                   V.

 

NATIONAL
FIRE INSURANCE                                                    APPELLEE

COMPANY OF HARTFORD

 

                                               ----------

            FROM
THE 362ND DISTRICT COURT OF DENTON COUNTY

                                               ----------

                  MEMORANDUM
OPINION[1]
AND JUDGMENT

                                               ----------

We have considered AAppellant=s Motion
For Voluntary Dismissal.@ 
It is the court=s opinion that the motion should
be granted; therefore, we dismiss the appeal. 
See Tex. R. App. P. 42.1(a)(1), 43.2(f).

Costs of the appeal shall be paid by appellant,
for which let execution issue.  See
Tex. R. App. P. 42.1(d).

PER CURIAM

PANEL:  MCCOY, J.; CAYCE, C.J.; and MEIER, J.

 

DELIVERED:  October 29, 2009











[1]See Tex. R. App. P. 47.4.